FILED
January 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**APRIL CADENA,**<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-22-CR-00037-KC**<br><br>**INDICTMENT**<br><br>**CT 1**: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute. |

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(viii))

That on or about September 28, 2021, in the Western District of Texas, Defendant,

**APRIL CADENA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

███████████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney