**IN THE UNITED STATES DISTRIC COURTS
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | **CAUSE NO: 22-CR-00037-KC** |
| | § | |
| APRIL CADENA | § | |

**ENTRY OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FRANCISCO F. MACIAS, Attorney at Law, 1001 North Campbell, El Paso, Texas 79902, Telephone No. (915) 544-9047, Fax No. (915) 544-5345, Texas Bar No. 12774450, and hereby enters his appearance as attorney of record for APRIL CADENA the above named Defendant. The undersigned defense counsel respectfully requests that a copy of all pleadings and settings in this case be sent to his office at the addressed listed below.

Respectfully submitted,

FRANCISCO F. MACIAS
Attorney for Defendant
Texas Bar No.12774450
1001 North Campbell
El Paso, Texas 79902
Telephone No. (915) 544-9047
Fax No. (915) 544-5345

CERTIFICATE OF SERVICE

I, FRANCISCO F. MACIAS, do hereby certify that on this ___13th___ th day of January 2022, a true and correct copy of the foregoing Entry of Appearance in the above-styled and numbered cause of action, was to delivered to the United States Attorney's office.

FRANCISCO F. MACIAS