IN THE UNITED STATES DISTRIC COURTS
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| V | § § | CAUSE NO: 22-CR-00037-KC |
| **APRIL CADENA** | § | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DEFENDANT, APRIL CADENA, and presents this, her Motion to Substitute Counsel, respectfully requesting this Honorable Court to grant permission for SERGIO GARCIA Attorney at Law, to withdraw and to substitute FRANCISCO F. MACIAS as attorney of record for Defendant in this cause, and as a basis for such motion Defendant would respectfully show unto the Court as follows:

I.

SERGIO GARCIA was previously the attorney representing Defendant in this cause. Defendant has retained the services of the undersigned to represent her in connection with this case.

### PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant prays that the Court enter an order allowing SERGIO GARCIA to withdraw from representing Defendant and to substitute FRANCISCO F. MACIAS as attorney of record in this cause.

Respectfully Submitted,

_____
FRANCISCO F. MACIAS
Attorney for Defendant
Texas State Bar No. 12774450
1001 North Campbell
El Paso, Texas 79902
Telephone No. (915) 544-9047
Facsimile No. (915) 544-5345

_____
APRIL CADENA
Defendant,

_____
SERGIO GARCIA
Attorney at Law,

## CERTIFICATE OF SERVICE

I certify that on this the 13th day of January 2022, a copy of the Motion to Substitute Counsel in the above-styled and numbered case was delivered to all interest parties via electronic filing system.

_____
FRANCISCO F. MACIAS

IN THE UNITED STATES DISTRIC COURTS
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V | § CAUSE NO: 22-CR-00037-KC |
| | § |
| APRIL CADENA | § |

## ORDER ON DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

On this the _____ day of _____, 2022, came on to be considered the Defendant's Motion to Substitute Counsel, and the Court, after consideration of the same finds that said motion has merit and should be well taken.

The Court further finds that Defendant approves the substitution and that said substitution is not only for the purposes of delay.

The Court ORDERS that SERGIO GARCIA is hereby discharged as attorney of record and that FRANCISCO F. MACIAS is hereby substituted as attorney of record for APRIL CADENA, in the above-styled and numbered cause.

SIGNED AND ENTERED on this the _____ day of _____, 2022.

_____
HONORABLE, KATHLEEN CARDONE,
UNITED STATES DISTRICT JUDGE