# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: EP:22-CR-00037(1)-KC |
| | § | |
| (1) April Cadena | § | |
| | § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND
## ENTRY OF PLEA OF NOT GUILTY

COMES NOW Defendant in the above referenced case who, along with ~~his~~ her undersigned attorney, hereby acknowledges the following:

1.) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and ~~his~~ her Constitutional Rights, after being advised of all the above by ~~his~~ her attorney.

2.) Defendant understands ~~he~~ she has the right to appear personally with ~~his~~ her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, ~~he~~ she will be so arraigned in open Court.

Defendant, having conferred with ~~his~~ her attorney in this regard, hereby waives personal appearance with ~~his~~ her attorney at the arraignment of this case and the reading of the indictment or information, and, by this instrument, tenders ~~his~~ her plea of "not guilty". The defendant understands that the entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date: 2-1-2022

_____
Defendant

_____
Attorney for Defendant

## ORDER

APPROVED by the Court. A plea of "Not Guilty" is entered for defendant effective this date.

Date:_____

_____
United States Magistrate Judge