IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CAUSE NO. 22-CR-00037-KC |
| APRIL CADENA | § | |

### DEFENDANT'S MOTION TO SEEK AUTHORIZATION FOR THE USE OF ELECTRONIC DEVICES AT THE WEST TEXAS DETENTION FACILITY

Comes now Defendant, APRIL CADENA, by and through her attorney of record, Francisco F. Macias, and files this his Motion to Seek Authorization for the use of Electronic Devices at the West Texas Detention Facility in 401 South Vaquero Avenue, Sierra Blanca, Tx 79851 for the purpose of having a contact visit with Defendant April Cadena - Marshall # 83716380. As grounds the Defendant would show the following:

I.

Defendant is currently being detained at the West Texas Detention Facility in 401 South Vaquero Avenue, Sierra Blanca, Tx 79851. Defense counsel has obtained discovery in reference to the above mentioned case. Part of the evidence that has been provided to Defense Counsel is or the format of compact disc. The compact disc contains discovery and audio recordings that can only be reviewed and analyzed with a computer.

II.

Defense Counsel, Francisco F. Macias, has the ability to produce a Laptop computer with the required capabilities to review and analyze the evidence in this case. Such computer is of a discreet size and can be submitted to any required inspection as ordered by this Honorable Court, or as needed by the West Texas Detention Facility.

Defendant, April Cadena, would respectfully request, through her Attorney of record.

Francisco F. Macias, that this Honorable Court authorize in writing the use of a Laptop computer inside the West Texas Detention Facility for the purpose of reviewing the evidence in this case. The Defendant would further request that the court order a contact visit authorized with April Cadena - Marshall # 83716380.

The jail will not allow Attorney to enter with electronic equipment unless he presents a written order.

## PRAYER

Wherefore premises considered, the Defendant prays this Honorable Court will grant her Motion and that he will be provided with the right to view and analyze the evidence with her Attorney Francisco F. Macias. Denial of such Motion will interfere with the Effective Assistance of Counsel as stipulated in the 6th Amendment of the United States Constitution

Respectfully Submitted,

/s/ Francisco F. Macias
FRANCISCO F. MACIAS
Attorney for Defendant
Texas Bar No.12774450
1001 North Campbell
El Paso, Texas 79902
Telephone No. (915) 544-9047
Fax No. (915) 544-5345

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February, 2022 a copy of the Motion to Seek Authorization to Use Electronic Device in West Texas Detention Facility in the above-styled and numbered case was delivered to all interest parties via electronic filing system.

/s/ Francisco F. Macias
FRANCISCO F. MACIAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CAUSE NO. 22-CR-00037-KC |
| APRIL CADENA | § § | |

### ORDER

On this the _____ day of _____, 2022, came on to be considered the Defendant's Motion to Seek Authorization for the use of Electronic Devices at the West Texas Detention Facility. That Attorney, Francisco F. Macias & his investigator Guillermo Ramos, Albrook Investigation Claim Services Inc, and/or Associates, License Number A18751, be allowed a contact visit with April Cadena - Marshall # 83716380, and that he be allowed to take into the facility a computer and evidence provided by the United States Attorney's office and analyze the evidence with client April Cadena during the pendency of this case as necessary, and the Court, having considered the same, finds that the same is in order and should be:

( )   GRANTED;

( )   DENIED;

( )   SET FOR A HEARING on _____ day of _____, 2022.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion be set for a hearing on the _____ day of _____, 2022 at _____ o'clock.

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
HONORABLE, KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE