IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   NO.  EP: 22-CR-37(1)-KC |
| | § |
| APRIL CADENA | § |

### ORDER

On this day came on to be considered the Defendant's Motion To Seek Authorization for the Use of Electronic Devices ("Motion") ECF 25. The Court, after considering said Motion, is of the opinion that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the Defendant's Motion be and the same is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Francisco F. Macias is hereby authorized to utilize any electronic device that is necessary for the analysis and/or review of discovery provided in the Defendant's case.

**IT IS FURTHER ORDERED** that the laptop computer or electronic device shall be submitted to said detention facility for any required inspections prior to its use inside the facility.

**SO ORDERED.**

**SIGNED** this 9th day of February, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE