IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 22-CR-00037-KC |
| | § | |
| APRIL CADENA | § | |

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT, APRIL CADENA, by and through her Attorney of Record, FRANCISCO F. MACIAS, in the above-entitled and numbered cause of action, and would respectfully move this Honorable Court for a Continuance in this matter, and as basis for such motion would show the Court the following:

I.

This case is set for a Plea Deadline on 23 February 2022 at 8:00 a.m. before said Honorable Court.

II.

Defense Counsel, Francisco F. Macias, is respectfully requesting this Honorable Court that the matter be rescheduled to a later date, and as reasons therefore states:

1. Defense Counsel has not been able to discuss the case with Defendant due to his not being able to see her for 14 days due to her Covid-19 diagnosis.

2. This motion is not made for the purpose of delay, but in order that justice may be done.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant pray that this Honorable Court grants this request for a Motion for Continuance.

Respectfully submitted,

FRANCISCO F. MACIAS
Attorney for Defendant
Texas Bar No.12774450
1001 North Campbell
El Paso, Texas 79902
Telephone No. (915) 544-9047
Fax No. (915) 544-5345

CERTIFICATE OF SERVICE

I, FRANCISCO F. MACIAS, do hereby certify that on this 22nd day of February 2022, a true and correct copy of the foregoing was emailed to the U.S District Attorneys Office.

FRANCISCO F. MACIAS

VERIFICATION

BEFORE ME, the undersigned authority, on this day, personally appeared FRANCISCO F. MACIAS, who, being by me first duly sworn, did dispose and state on his oath:

"My name is FRANCISCO F. MACIAS and I am the attorney for Defendant, APRIL CADENA in the above-styled and numbered cause of action, and the above stated facts are true and correct and within my personal knowledge."

_____
FRANCISCO F. MACIAS

SUBSCRIBED AND SWORN TO BEFORE ME on this the 22nd day of February 2022.

_____
NOTARY PUBLIC in and for the
STATE OF TEXAS

My Commission Expires:



RICARDO PRADO
Notary ID #132418882
My Commission Expires
March 27, 2024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CAUSE NO. 22-CR-00037-KC |
| | § |
| APRIL CADENA | § |

## ORDER ON MOTION TO CONTINUE

On this the ___ day of _____ 2022, came to be considered the Defendant's Motion for Continuance, and the Court, having considered the same, finds that the same is in order and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plea Deadline hearing of this cause be, and the same are hereby continued until further order of this Court.

SIGNED AND ENTERED on this _____ day of _____ 2022.

_____
HONORABLE, KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE