# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | No: EP:22-CR-00037(1)-KC |
| (1) April Cadena | § § | |

## ORDER

On this day, the Court sua sponte considered a Motion for Continuance on March 16, 2022 in the above-captioned cause. The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from March 23, 2022 through March 28, 2022, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that the Defendant's Motion For Continuance is GRANTED. This cause is rescheduled for a status conference on March 28, 2022 at 8:00 AM.

**SIGNED**: March 16, 2022.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE