UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | No: EP:22-CR-00037(1)-KC |
| (1) April Cadena | § § | |

## **ORDER**

On this day, the Court considered Defendant's Motion for Continuance, made orally during a status conference on June 6, 2022 in the above-captioned cause. The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from June 6, 2022 through August 15, 2022, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that the Defendant's Motion For Continuance is GRANTED. This cause is rescheduled for a status conference on August 15, 2022 at 8:00 AM. NO FURTHER CONTINUANCES WILL BE GRANTED.

**SIGNED**: June 06, 2022.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE