FILED
September 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Laura Armendariz____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | CRIMINAL NO. EP-22-CR-00037-KC |
| Plaintiff, | § | |
| | § | **I N F O R M A T I O N** |
| v. | § | |
| | § | **CT 1:** 18 U.S.C. §§ 2 & 1201(a)(1) |
| APRIL CADENA, | § | Aiding and Abetting Kidnapping |
| | § | |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (Aiding and Abetting Kidnapping)
### 18 U.S.C. §§ 2 & 1201(a)(1)

On or about October 17, 2021, in the Western District of Texas and the District of New Mexico, the Defendant,

**APRIL CADENA**

did unlawfully and willfully seize, confine, kidnap, abduct, and carry away, and hold for contraband, money, and otherwise, M.Q, and, in committing and in furtherance of the commission of the offense, willfully traveled, and transported said M.Q., in interstate commerce, and used a means facility, and instrumentality of interstate or foreign commerce, in violation of Title 18, United States Code 18, Section 1201(a)(1) and 2.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: *Sarah Valenzuela*
SARAH VALENZUELA
Assistant U.S. Attorney
Texas Bar #24089261
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884