Case 3:22-cr-00037-KC   Document 42   Filed 09/07/22   Page 1 of 1

**FILED**
September 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Veronica Medina___
DEPUTY

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: EP:22-CR-00037(1)-KC |
| (1) April Cadena | § § | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/07/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

Francisco F. Macias
Printed name of defendant's attorney

_____
UNITED STATES MAGISTRATE JUDGE