UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § § § | NO:  EP:22-CR-00037(1)-KC LS |
| (1) April Cadena | § | |

**ORDER**

      In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894(Oct. 21, 2020), the Government is hereby notified of (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as the delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or a finding of contempt.

      It is so **ORDERED**.

      **SIGNED** this 7th day of September, 2022

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE