

# MEMORANDUM

DATE:    October 26, 2022

TO:      The Honorable Kathleen Cardone
         United States District Judge

FROM:    Marisela M. Paniagua
         United States Probation Officer

SUBJECT: **April Cadena**
         **Docket No.: 0542 3:22CR00037-001**
         **Sentencing Date: November 29, 2022 9:00 AM**

         **REQUEST FOR CONTINUANCE**

---

On September 7, 2022, April Cadena pled guilty to Count One of an Information charging Aiding and Abetting Kidnapping, in violation of 18 U.S.C. §§ 2 & 1201(a)(1). A sentencing hearing is scheduled for November 29, 2022, at 9:00 a.m. The assigned United States Probation Officer (USPO) was recently provided with the discovery on October 20, 2022, after having requested it since September 15, 2022. As discovery continues to be reviewed based on the nature of the offense, the assigned USPO respectfully requests a continuance of at least two-months to conduct a thorough investigation and properly apply the guidelines.

It should be noted Cadena has been in federal custody by virtue of her arrest for the instant offense since December 14, 2021.

Please be advised I have notified AUSA Sarah Valenzuela and defense counsel Francisco F. Macias of my request for a continuance via email correspondence and by telephone. Mr. Macias expressed no objection to said request. Ms. Valenzuela's response remains pending as of this writing.

If you have any questions, please contact me at (915) 585-6597. Thank you for your consideration.


Approved By:


Cecilia Ronquillo
Supervising U.S. Probation Officer