## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:22-CR-00037(1)-KC |
| | § | |
| (1) April Cadena | § | |

### ORDER RESETTING SENTENCING IN-PERSON

 IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING IN-PERSON** in District Courtroom, Room 522, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Wednesday, February 22, 2023 at 02:00 PM**.

 IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

 IT IS SO ORDERED this 7th day of February, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE