IN THE UNITED STATES DISTRICT COURTS
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V § | CAUSE NO: 22-CR-00037-KC(1) |
| § § | |
| APRIL CADENA § | |

## MOTION TO WITHDRAW AS ATTORNEY AND APPOINT APPELATE ATTORNEY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES FRANCISCO F. MACIAS, attorney of record for Defendant, APRIL CADENA, in the above entitled and numbered cause, and would respectfully move this Honorable U.S. District Court to enter an order permitting him to withdraw as Attorney of Record for the above individual and Appoint an Public Defender, and in support of such motion, the undersigned counsel would respectfully show the Court the following order:

I.

Defense Counsel would request this Honorable Court to appoint an Appelate Attorney for Defendant.

**PRAYER**

WHEREFORE PREMISES CONSIDERED, Defense Counsel respectfully prays the Court grants this Motion to Withdraw releasing him as Attorney of Record for BELISARIO MARTINEZ, and that and order be made to appoint a Public Defender to assist during his appeal.

Respectfully Submitted,

*[signature]*

FRANCISCO F. MACIAS
Attorney for Defendant
Texas State Bar No. 12774450
1001 N. Campbell
El Paso, Texas 79902
Telephone No. (915) 544-9047
Facsimile No. (915) 544-5345

## CERTIFICATE OF SERVICE

I, FRANCISCO F. MACIAS, do hereby certify that on this the 10th day of March 2023, the forgoing instrument was electronically filed via CM/ECF System which will transmit notification of such filing to the following: United States Attorneys Office.

*[signature]*

FRANCISCO F. MACIAS

IN THE UNITED STATES DISTRICT COURTS
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | CAUSE NO: 22-CR-00037-KC(1) |
| APRIL CADENA | § § | |

## ORDER

On this the _____ day of _____, 2023, came on to be considered the above and foregoing Motion to Withdraw and Appoint Public Defender filed herein by attorney FRANCISCO F. MACIAS seeking leave of Court to be removed as attorney of record for the above named Defendant. The Court, after having duly considered the same, finds that said Motion has merit and should be well taken.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that FRANCISCO F. MACIAS is hereby allowed to withdraw and is hereby relieved of all further responsibility in connection with APRIL CADENA the above styled and numbered cause.

SIGNED AND ENTERED in the U.S. Court on this the \_\_\_ day of _____, 2023.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE