# TRANSCRIPT ORDER

AO 435 (Rev. 04/18)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

BG 4.11.23

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Francisco Macias |
| 2. PHONE NUMBER | 915 544 9047 |
| 3. DATE | 03-27-23 |
| 4. DELIVERY ADDRESS OR EMAIL | ffmatty1@gmail.com |
| 5. CITY | El Paso |
| 6. STATE | Texas |
| 7. ZIP CODE | 79902 |
| 8. CASE NUMBER | 22-CR-00037-KC |
| 9. JUDGE | Kathleen Cardone |
| 10. FROM | 02/22/23 |
| 11. TO | 02/22/23 |
| 12. CASE NAME | USA v. April Cadena |
| 13. CITY | El Paso |
| 14. STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED**

| PORTIONS | DATE(S) |
|---|---|
| SENTENCING | 02/22/23 |

**17. ORDER** — Walter

| CATEGORY | ORIGINAL | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [ ] | [ ] | | | |
| 3-Day | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

ESTIMATE TOTAL: 0.00

**18. SIGNATURE:** Francisco F. Macias
**19. DATE:** 3 April 2023

FILED 2023 APR 11 AM 8:26 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY

| | | |
|---|---|---|
| TOTAL CHARGES | | 0.00 |
| LESS DEPOSIT | | 0.00 |
| TOTAL DUE | | 0.00 |